IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY
ADC #760343                                                                                               PLAINTIFF

v.                              No. 1:15-cv-119-DPM

J. BANKS, Warden, McPherson, ADC;
WENDY KELLEY, Director, Arkansas Department of
Correction; DEXTER PAYNE, Assistant Director, ADC;
ROSE HIGGINS, ARO, McPherson Unit, ADC;
DIXON, Warden, McPherson Unit, ADC; and
JOHN DOE, DHA                                                                                       DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 November 2015